LEVITT & SONS, INC., *v.* DIVISION AGAINST
DISCRIMINATION IN STATE DEPARTMENT
OF EDUCATION ET AL.

No. 865.   Decided June 13, 1960.

*William P. Reiss* for appellant.

*David D. Furman,* Attorney General of New Jersey,
and *Lee A. Holley,* Deputy Attorney General, for appellee
Division Against Discrimination.

*Emerson L. Darnell* and *Sidney Reitman* for appellee
Willie R. James; *Jerome C. Eisenberg* and *Herbert H.
Tate* for appellee Franklin D. Todd; and *Julius Wildstein*
of counsel, and *Joseph B. Robinson* on the brief, for both
individual appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is
dismissed for want of a substantial federal question.

MR. JUSTICE BLACK would note probable jurisdiction.